| | |
|---|---|
| PAMELA E. COGAN (SBN 105089)<br>KATHRYN C. CURRY (SBN 157099)<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>1001 Marshall Street<br>Redwood City, CA 94063<br>Telephone: (650) 364-8200<br>Facsimile: (650) 780-1701<br>pcogan@ropers.com<br>kcurry@ropers.com<br><br>Attorneys for Defendant<br>LIBERTY MUTUAL INSURANCE COMPANY | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; PEOPLE OF THE STATE OF CALIFORNIA, BY AND THROUGH DENNIS J. HERRERA, CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a corporation, MARSH AND MCLENNAN, INC., a corporation, ALCATEL TRANSPORT AUTOMATION (U.S.), INC. a Pennsylvania Corporation, and DOES 1 THROUGH 25<br><br>Defendants. | CASE NO. C 05-05429 JSW<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO TAKE LIBERTY MUTUAL'S MOTION TO DISMISS OFF CALENDAR** |

**TO THE CLERK OF THE COURT AND THE HONORABLE JEFFREY S. WHITE, JUDGE OF THE UNITED STATES DISTRICT COURT:**

Please take notice that plaintiffs CITY AND COUNTY OF SAN FRANCISCO and THE PEOPLE OF THE STATE OF CALIFORNIA BY AND THROUGH DENNIS J. HERRERA, CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO and defendants

RC1/394600.1/KCC — 1 — NOTICE OF SETTLEMENT – CASE NO. C 05-05429 JSW

LIBERTY MUTUAL INSURANCE COMPANY, MARSH AND MCLENNAN, INC., ALCATEL TRANSPORT AUTOMATION (U.S.), INC. have agreed to a settlement of the above-referenced action. The parties are in the process of preparing the settlement documents, which they anticipate will be completed within the next 30 days.

In light of the foregoing, Liberty Mutual requests the Court take its Motion to Dismiss presently on file and set for hearing on March 17, 2006 off calendar. [31]

Dated: February 17, 2006

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
KATHRYN C. CURRY
Attorneys for Defendant
LIBERTY LIFE ASSURANCE
COMPANY OF BOSTON



IT IS SO ORDERED
Judge Jeffrey S. White

RC1/394600.1/KCC

- 2 -

NOTICE OF SETTLEMENT – CASE NO. C 05-05429 JSW