```
 1  LISA L. OBERG (BAR NO. 120139)
    CAMILLE K. FONG (BAR NO. 113123)
 2  DEBORAH L. CÔTÉ (BAR NO. 148315)
    McKENNA LONG & ALDRIDGE LLP
 3  101 California Street
    41st Floor
 4  San Francisco, CA  94111
    Telephone:    (415) 267-4000
 5  Facsimile:    (415) 267-4198

 6  Attorneys for Defendant
    ALCATEL TRANSPORT AUTOMATION (U.S.),
 7  INC.
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; PEOPLE OF THE STATE OF CALIFORNIA, by and through DENNIS J. HERRERA, City Attorney for the City and County of San Francisco,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; MARSH AND MCLELLAN, INC., a New York corporation; ALCATEL TRANSPORT AUTOMATION (U.S.), INC., a Pennsylvania corporation; and DOES 1 through 25,<br><br>Defendants. | Case No. C 05-05429 JSW<br><br>**REQUEST TO CONTINUE ALCATEL TRANSPORT AUTOMATION (U.S.) INC.'S MOTION TO DISMISS** |

TO THE CLERK OF THE COURT AND THE HONORABLE JEFFREY S. WHITE, JUDGE OF THE UNITED STATES DISTRICT COURT:

**PLEASE TAKE NOTICE** that plaintiffs CITY AND COUNTY OF SAN FRANCISCO and THE PEOPLE OF THE STATE OF CALIFORNIA, BY AND THROUGH

DENNIS J. HERRERA, CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO and defendants LIBERTY MUTUAL INSURANCE COMPANY, MARSH AND MCLELLAN, INC., and ALCATEL TRANSPORT AUTOMATION (U.S.), INC. ("Alcatel") have agreed to a settlement of the above-referenced action. The parties are in the process of preparing the settlement documents, which they anticipate will be completed within the next 14 days.

In light of the foregoing, Alcatel requests the Court continue to April 14, 2006 its Motion to Dismiss presently on file and set for hearing on March 31, 2006.

Dated: 3-10-06

MCKENNA LONG & ALDRIDGE LLP

By: _____
Lisa L. Oberg
Camille K. Fong
Deborah L. Côté

Attorneys for Defendant
ALCATEL TRANSPORT AUTOMATION (U.S.), INC.

IT IS SO ORDERED.

March 13, 2006

_____
JUDGE JEFFREY S. WHITE
United States District Court

## PROOF OF SERVICE BY MAIL

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California 94111. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 10, 2006, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

REQUEST TO CONTINUE ALCATEL TRANSPORT AUTOMATION (U.S.) INC.'S MOTION TO DISMISS

in a sealed envelope, postage fully paid, addressed as follows:

DENNIS J. HERRERA
JOANNE HOEPER
MARK D. LIPTON
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA 94102-5408

PAMELA E. COGAN
KATHRYN C. CURRY
ERIN A. CORNELL
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063

IAN ULLMAN
MARSH & McLENNAN COMPANY, INC.
1166 Avenue of the Americas
Legal – 3rd Floor
New York, NY 10036-2774

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on March 10, 2006, at San Francisco, California.

_____
SIGNATURE

_____
CARY ANN ROSKO
PRINT NAME

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

REQUEST TO CONTINUE ALCATEL TRANSPORT AUTOMATION (U.S.) INC.'S MOTION TO DISMISS

SF:27204058.1