LISA L. OBERG (BAR NO. 120139)
CAMILLE K. FONG (BAR NO. 113123)
DEBORAH L. CÔTÉ (BAR NO. 148315)
McKENNA LONG & ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA 94111
*Telephone:* (415) 267-4000
*Facsimile:* (415) 267-4198

Attorneys for Defendant
ALCATEL TRANSPORT AUTOMATION (U.S.), INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; PEOPLE OF THE STATE OF CALIFORNIA, by and through DENNIS J. HERRERA, City Attorney for the City and County of San Francisco,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; MARSH AND MCLELLAN, INC., a New York corporation; ALCATEL TRANSPORT AUTOMATION (U.S.), INC., a Pennsylvania corporation; and DOES 1 through 25,<br><br>Defendants. | CASE No. C 05-05429 JSW<br><br>**NOTICE OF SETTLEMENT AND REQUEST TO TAKE ALCATEL TRANSPORT AUTOMATION (U.S.) INC.'S MOTION TO DISMISS OFF CALENDAR** |

**TO THE CLERK OF THE COURT AND THE HONORABLE JEFFREY S. WHITE, JUDGE OF THE UNITED STATES DISTRICT COURT:**

**PLEASE TAKE NOTICE** that plaintiffs CITY AND COUNTY OF SAN FRANCISCO and THE PEOPLE OF THE STATE OF CALIFORNIA, BY AND THROUGH

McKENNA LONG & ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

NOTICE OF SETTLEMENT AND REQUEST TO TAKE ALCATEL TRANSPORT AUTOMATION (U.S.) INC.'S MOTION TO DISMISS OFF CALENDAR
27203933 / 20116.0011

DENNIS J. HERRERA, CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO and defendants LIBERTY MUTUAL INSURANCE COMPANY, MARSH AND MCLELLAN, INC., and ALCATEL TRANSPORT AUTOMATION (U.S.), INC. ("Alcatel") have agreed to a settlement of the above-referenced action. The parties are finalizing the releases in connection with the settlement agreement.

In light of the foregoing, Alcatel requests the Court take its Motion to Dismiss presently on file and set for hearing on April 14, 2006 off calendar.

Dated: 3-24-06

MCKENNA LONG & ALDRIDGE LLP

By: _____
Lisa L. Oberg
Camille K. Fong
Deborah L. Côté

Attorneys for Defendant
ALCATEL TRANSPORT
AUTOMATION (U.S.), INC.

IT IS SO ORDERED.

March 24, 2006

_____
JUDGE JEFFREY S. WHITE
United States District Court

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California 94111. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On March 24, 2006, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

**NOTICE OF SETTLEMENT AND REQUEST TO TAKE ALCATEL TRANSPORT AUTOMATION (U.S.) INC.'S MOTION TO DISMISS OFF CALENDAR**

in a sealed envelope, postage fully paid, addressed as follows:

Dennis J. Herrera
Joanne Hoeper
Mark D. Lipton
Fox Plaza
1390 Market Street, Sixth Floor
San Francisco, CA 94102-5408

Pamela E. Cogan
Kathryn C. Curry
Erin A. Cornell
Ropers, Majeski, Kohn & Bentley
1001 Marshall Street
Redwood City, CA 94063

Ian Ullman
Marsh & McLennan Company, Inc.
1166 Avenue of the Americas
Legal - 3rd Floor
New York, NY 10036-2774

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on March 24, 2006, at San Francisco, California.

_____
ROSE MANABAT