CAMILLE K. FONG (BAR NO. 113123)
DEBORAH L. CÔTÉ (BAR NO. 148315)
McKENNA LONG & ALDRIDGE LLP
101 California Street
41st Floor
San Francisco, CA 94111
*Telephone:* (415) 267-4000
*Facsimile:* (415) 267-4198

Attorneys for Defendant
ALCATEL TRANSPORT AUTOMATION (U.S.), INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; PEOPLE OF THE STATE OF CALIFORNIA, by and through DENNIS J. HERRERA, City Attorney for the City and County of San Francisco,<br><br>Plaintiffs,<br><br>v.<br><br>LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; MARSH AND MCLELLAN, INC., a New York corporation; ALCATEL TRANSPORT AUTOMATION (U.S.), INC., a Pennsylvania corporation; and DOES 1 through 25,<br><br>Defendants. | CASE NO. C 05-05429 JSW<br><br>**STIPULATION TO CONTINUE APRIL 21, 2006 CASE MANAGEMENT CONFERENCE** |

**TO THE CLERK OF THE COURT AND THE HONORABLE JEFFREY S. WHITE, JUDGE OF THE UNITED STATES DISTRICT COURT:**

IT IS HEREBY STIPULATED BETWEEN THE PARTIES through their respective counsel of record plaintiffs CITY AND COUNTY OF SAN FRANCISCO and THE PEOPLE OF THE STATE OF CALIFORNIA, BY AND THROUGH DENNIS J. HERRERA, CITY

McKENNA LONG & ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CONTINUE APRIL 21, 2006 CASE MANAGEMENT CONFERENCE

27206886 / 20116.0015

ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO and defendants LIBERTY MUTUAL INSURANCE COMPANY, MARSH AND MCLELLAN, INC., and ALCATEL TRANSPORT AUTOMATION (U.S.), INC. ("Alcatel") have agreed to continue the April 21, 2006 Case Management Conference in this case for thirty (30) days to May 26, 2006 or the first available court date thereafter in order to allow the parties for finalize the settlement agreement in this case, and to file dismissals.

Dated: 4/17/06

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
MARK D. LIPTON
Deputy City Attorney

By: _____
MARK D. LIPTON
Attorneys for Plaintiffs
CITY & COUNTY OF SAN FRANCISCO
and PEOPLE OF THE STATE OF
CALIFORNIA BY AND THROUGH
DENNIS J. HERRERA, CITY
ATTORNEY FOR THE CITY AND
COUNTY OF SAN FRANCISCO

Dated: _____

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
KATHRYN C. CURRY
ERIN A. CORNELL
Attorneys for Defendant
LIBERTY MUTUAL INSURANCE
COMPANY

1  ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO and defendants
2  LIBERTY MUTUAL INSURANCE COMPANY, MARSH AND MCLELLAN, INC., and
3  ALCATEL TRANSPORT AUTOMATION (U.S.), INC. ("Alcatel") have agreed to continue the
4  April 21, 2006 Case Management Conference in this case for thirty (30) days to May 26, 2006 or
5  the first available court date thereafter in order to allow the parties for finalize the settlement
6  agreement in this case, and to file dismissals.

8  Dated: _____           DENNIS J. HERRERA
                                      City Attorney
9                                     JOANNE HOEPER
                                      Chief Trial Attorney
10                                    MARK D. LIPTON
                                      Deputy City Attorney

13                                    By:_____
                                          MARK D. LIPTON
14                                        Attorneys for Plaintiffs
                                      CITY & COUNTY OF SAN FRANCISCO
15                                    and PEOPLE OF THE STATE OF
                                      CALIFORNIA BY AND THROUGH
16                                    DENNIS J. HERRERA, CITY
                                      ATTORNEY FOR THE CITY AND
17                                    COUNTY OF SAN FRANCISCO

19  Dated: *April 18, 2006*           ROPERS, MAJESKI, KOHN & BENTLEY

21                                    By: *Kathryn C. Curry*
                                          PAMELA E. COGAN
22                                        KATHRYN C. CURRY
                                          ERIN A. CORNELL
23                                        Attorneys for Defendant
                                      LIBERTY MUTUAL INSURANCE
24                                    COMPANY

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: 4/17/2006 | MARSH & MCLENNAN COMPANY, INC. |
| 3 | | |
| 4 | | |
| 5 | | By: /s/ Ian Ullman |
| 6 | | IAN ULLMAN<br>Attorney for Defendant |
| 7 | | MARSH & MCLENNAN COMPANY, INC. |
| 8 | | |
| 9 | Dated: 4-17-06 | MCKENNA LONG & ALDRIDGE LLP |
| 10 | | |
| 11 | | By: /s/ |
| 12 | | Camille K. Fong<br>Deborah L. Côté |
| 13 | | |
| 14 | | Attorneys for Defendant<br>ALCATEL TRANSPORT<br>AUTOMATION (U.S.), INC. |
| 15 | | |

IT IS SO ORDERED.

The Case Management Conference is RESET to June 2, 2006 at 1:30 p.m.

/s/ Jeffrey S. White
JUDGE JEFFREY S. WHITE
United States District Court

**PROOF OF SERVICE BY MAIL**

I am a citizen of the United States and employed in San Francisco County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 101 California Street, 41st Floor, San Francisco, California 94111. I am readily familiar with this firm's practice for collection and processing of correspondence for mailing with the United States Postal Service. On April 18, 2006, I placed with this firm at the above address for deposit with the United States Postal Service a true and correct copy of the within document(s):

STIPULATION TO CONTINUE APRIL 21, 2006 CASE MANAGEMENT CONFERENCE

in a sealed envelope, postage fully paid, addressed as follows:

| | |
|---|---|
| DENNIS J. HERRERA<br>JOANNE HOEPER<br>MARK D. LIPTON<br>Fox Plaza<br>1390 Market Street, 6th Floor<br>San Francisco, CA 94102-5408 | PAMELA E. COGAN<br>KATHRYN C. CURRY<br>ERIN A. CORNELL<br>ROPERS, MAJESKI, KOHN & BENTLEY<br>1001 Marshall Street<br>Redwood City, CA 94063 |

IAN ULLMAN
MARSH & McLENNAN COMPANY, INC.
1166 Avenue of the Americas
Legal - 3rd Floor
New York, NY 10036-2774

Following ordinary business practices, the envelope was sealed and placed for collection and mailing on this date, and would, in the ordinary course of business, be deposited with the United States Postal Service on this date.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on April 18, 2006, at San Francisco, California.

_____
CARY ANN ROSKO

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CONTINUE APRIL 21, 2006 CASE MANAGEMENT CONFERENCE
SF:27206984.1