| | |
|---|---|
| 1 | CAMILLE K. FONG (BAR NO. 113123) |
| 2 | DEBORAH L. CÔTÉ (BAR NO. 148315)<br>McKENNA LONG & ALDRIDGE LLP |
| 3 | 101 California Street<br>41st Floor |
| 4 | San Francisco, CA 94111<br>*Telephone:* (415) 267-4000 |
| 5 | *Facsimile* (415) 267-4198 |
| 6 | Attorneys for Defendant<br>ALCATEL TRANSPORT AUTOMATION (U.S.), |
| 7 | INC. |

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| 12 | CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; PEOPLE OF THE STATE OF CALIFORNIA, by and through DENNIS J. HERRERA, City Attorney for the City and County of San Francisco, | CASE No. C 05-05429 JSW |
| 13 | | **STIPULATION TO CONTINUE JUNE 2, 2006 CASE MANAGEMENT CONFERENCE** |
| 15 | Plaintiffs, | |
| 17 | v. | |
| 18 | LIBERTY MUTUAL INSURANCE COMPANY, a Massachusetts corporation; MARSH AND MCLELLAN, INC., a New York corporation; ALCATEL TRANSPORT AUTOMATION (U.S.), INC., a Pennsylvania corporation; and DOES 1 through 25, | |
| 22 | Defendants. | |

**TO THE CLERK OF THE COURT AND THE HONORABLE JEFFREY S. WHITE, JUDGE OF THE UNITED STATES DISTRICT COURT:**

IT IS HEREBY STIPULATED BETWEEN THE PARTIES through their respective counsel of record plaintiffs CITY AND COUNTY OF SAN FRANCISCO and THE PEOPLE OF THE STATE OF CALIFORNIA, BY AND THROUGH DENNIS J. HERRERA, CITY

McKENNA LONG & ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

STIPULATION TO CONTINUE JUNE 2, 2006 CASE MANAGEMENT CONFERENCE

27206886 / 20116 0015

SF:27209833 1

1  ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO and defendants
2  LIBERTY MUTUAL INSURANCE COMPANY, MARSH AND MCLELLAN, INC., and
3  ALCATEL TRANSPORT AUTOMATION (U.S.), INC. ("Alcatel") have agreed to continue the
4  June 2, 2006 Case Management Conference in this case for forty (40) days to ~~July 13, 2006 or~~
5  ~~the first available court date thereafter~~ July 21, 2006 at 1:30 p.m. in order to allow the parties for finalize the settlement
6  agreement in this case, and to file dismissals.

Dated: 5-30-06

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
MARK D. LIPTON
Deputy City Attorney

By: _____
MARK D. LIPTON
Attorneys for Plaintiffs
CITY & COUNTY OF SAN FRANCISCO
and PEOPLE OF THE STATE OF
CALIFORNIA BY AND THROUGH
DENNIS J. HERRERA, CITY
ATTORNEY FOR THE CITY AND
COUNTY OF SAN FRANCISCO

Dated: _____

ROPERS, MAJESKI, KOHN & BENTLEY

By: _____
PAMELA E. COGAN
KATHRYN C. CURRY
ERIN A. CORNELL
Attorneys for Defendant
LIBERTY MUTUAL INSURANCE
COMPANY

MCKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -
STIPULATION TO CONTINUE JUNE 2, 2006 CASE MANAGEMENT CONFERENCE

| | |
|---|---|
| 1 | ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO and defendants |
| 2 | LIBERTY MUTUAL INSURANCE COMPANY, MARSH AND MCLELLAN, INC., and |
| 3 | ALCATEL TRANSPORT AUTOMATION (U.S.), INC. ("Alcatel") have agreed to continue the |
| 4 | June 2, 2006 Case Management Conference in this case for forty (40) days to July 13, 2006 or |
| 5 | the first available court date thereafter in order to allow the parties for finalize the settlement |
| 6 | agreement in this case, and to file dismissals. |

Dated: _____

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
MARK D. LIPTON
Deputy City Attorney


By:_____
MARK D. LIPTON
Attorneys for Plaintiffs
CITY & COUNTY OF SAN FRANCISCO
and PEOPLE OF THE STATE OF
CALIFORNIA BY AND THROUGH
DENNIS J. HERRERA, CITY
ATTORNEY FOR THE CITY AND
COUNTY OF SAN FRANCISCO

Dated: May 30, 2006

ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Kathryn C. Curry
PAMELA E. COGAN
KATHRYN C. CURRY
ERIN A. CORNELL
Attorneys for Defendant
LIBERTY MUTUAL INSURANCE
COMPANY

McKENNA LONG &
ALDRIDGE LLP
ATTORNEYS AT LAW
SAN FRANCISCO

- 2 -
STIPULATION TO CONTINUE JUNE 2, 2006 CASE MANAGEMENT CONFERENCE
SF:27209833.1

| | |
|---|---|
| Dated: May 30, 2006 | MARSH & MCLENNAN COMPANIES, INC.<br><br>By: _____<br>IAN ULLMAN<br>Attorney for Defendant<br>MARSH & MCLENNAN COMPANIES, INC. |
| Dated: _____ | MCKENNA LONG & ALDRIDGE LLP<br><br>By: _____<br>Camille K. Fong<br>Deborah L. Côté<br><br>Attorneys for Defendant<br>ALCATEL TRANSPORT AUTOMATION (U.S.), INC. |

IT IS SO ORDERED.

_____
JUDGE JEFFREY S. WHITE
*United States District Court*

| | | |
|---|---|---|
| Dated: _____ | | MARSH & McLENNAN COMPANY, INC. |
| | | By:_____<br>IAN ULLMAN<br>Attorney for Defendant<br>MARSH & McLENNAN COMPANY, INC. |
| Dated: May 30, 2006 | | McKENNA LONG & ALDRIDGE LLP<br><br>By:_____<br>Camille K. Fong<br>Deborah L. Côté<br><br>Attorneys for Defendant<br>ALCATEL TRANSPORT AUTOMATION (U.S.), INC. |

IT IS SO ORDERED.

The case management conference is HEREBY CONTINUED to July 21, 2006 at 1:30 p.m.

Dated: May 31, 2006

_____
JUDGE JEFFREY S. WHITE
United States District Court