| | |
|---|---|
| 1 | PAMELA E. COGAN (SBN 105089)<br>KATHRYN C. CURRY (SBN 157099) |
| 2 | ROPERS, MAJESKI, KOHN & BENTLEY<br>1001 Marshall Street |
| 3 | Redwood City, CA 94063<br>Telephone: (650) 364-8200 |
| 4 | Facsimile: (650) 780-1701<br>pcogan@ropers.com |
| 5 | kcurry@ropers.com |
| 6 | Attorneys for Defendant<br>LIBERTY MUTUAL INSURANCE COMPANY |
| 7 | |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | | |
|---|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; PEOPLE OF THE STATE OF CALIFORNIA, BY AND THROUGH DENNIS J. HERRERA, CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO, | | CASE NO. C 05-05429 JSW<br><br>**STIPULATION TO CONTINUE JULY 21, 2006 CASE MANAGEMENT CONFERENCE** |
| | Plaintiffs, | |
| v. | | |
| LIBERTY MUTUAL INSURANCE COMPANY, a corporation, MARSH AND MCLENNAN, INC., a corporation, ALCATEL TRANSPORT AUTOMATION (U.S.), INC. a Pennsylvania Corporation, and DOES 1 THROUGH 25 | | |
| | Defendants. | |

**TO THE CLERK OF THE COURT AND THE HONORABLE JEFFREY S. WHITE, JUDGE OF THE UNITED STATES DISTRICT COURT:**

IT IS HEREBY STIPULATED by and between plaintiff CITY AND COUNTY OF SAN FRANCISCO and THE PEOPLE OF THE STATE OF CALIFORNIA BY AND THROUGH DENNIS J. HERRERA, CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN

1 FRANCISCO and defendants LIBERTY MUTUAL INSURANCE COMPANY, MARSH AND
2 MCLENNAN, INC., ALCATEL TRANSPORT AUTOMATION (U.S.), INC. through their
3 respective counsel of record herein, to continue the July 21, 2006 Case Management Conference
4 in this case another thirty (30) days to August 21, 2006 or the first available court date thereafter
5 in order to allow the parties to finalize the settlement agreement in this case and file dismissals.
6 IT IS SO STIPULATED.

Dated: July 17, 2006

DENNIS J. HERRA
City Attorney
JOANNE HOEPER
Chief Trial attorney
MARK D. LIPTON
Deputy City Attorney

By: /s/ Mark D. Lipton
MARK D. LIPTON

Attorneys for Plaintiffs
CITY & COUNTY OF SAN FRANCISCO
and PEOPLE OF THE STATE OF
CALIFORNIA, BY AND THROUGH
DENNIS J. HERRERA, CITY
ATTORNEY FOR THE CITY AND
COUNTY OF SAN FRANCISCO

Dated: July ___, 2006

MCKENNA LONG & ALDRIDGE, LLP

By:_____
CAMILLE K. FONG
DEBORAH L. COTE
Attorneys for Defendant
ALCATEL TRANSPORT
AUTOMATION (U.S.), INC

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/408270.1/KCC

- 2 -

STIPULATION AND PROPOSED ORDER CONT.
CMC - CASE NO. C 05-05429 JSW

FRANCISCO and defendants LIBERTY MUTUAL INSURANCE COMPANY, MARSH AND MCLENNAN, INC., ALCATEL TRANSPORT AUTOMATION (U.S.), INC. through their respective counsel of record herein, to continue the July 21, 2006 Case Management Conference in this case another thirty (30) days to August 21, 2006 or the first available court date thereafter in order to allow the parties to finalize the settlement agreement in this case and file dismissals.

IT IS SO STIPULATED.

Dated: July ___, 2006

DENNIS J. HERRA
City Attorney
JOANNE HOEPER
Chief Trial attorney
MARK D. LIPTON
Deputy City Attorney

By:_____
MARK D. LIPTON

Attorneys for Plaintiffs
CITY & COUNTY OF SAN FRANCISCO
and PEOPLE OF THE STATE OF
CALIFORNIA, BY AND THROUGH
DENNIS J. HERRERA, CITY
ATTORNEY FOR THE CITY AND
COUNTY OF SAN FRANCISCO

Dated: July 17th, 2006

MCKENNA LONG & ALDRIDGE, LLP

By:_____
CAMILLE K. FONG
DEBORAH L. COTE
Attorneys for Defendant
ALCATEL TRANSPORT
AUTOMATION (U.S.), INC

| | | |
|---|---|---|
| 1 | Dated: July 16, 2006 | LUCE, FORWARD, HAMILTON & SCRIPPS LLP |
| 2 | | |
| 3 | | By: /s/ |
| 4 | | DENIS F. SHANAGHER<br>Attorneys for Defendant |
| 5 | | MARSH AND MCLENNAN, INC. |
| 6 | | |
| 7 | | |
| 8 | Dated: July 17, 2006 | ROPERS, MAJESKI, KOHN & BENTLEY |
| 9 | | |
| 10 | | By: Kathryn C. Curry |
| | | PAMELA E. COGAN |
| 11 | | KATHRYN C. CURRY<br>Attorneys for Defendant |
| 12 | | LIBERTY MUTUAL INSURANCE COMPANY |

### ORDER

IT IS SO HEREBY ORDERED. The case management conference is continued to August 25, 2006 at 1:30 p.m.

Dated: July 19, 2006

Jeffrey S. White
The Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE