PAMELA E. COGAN (SBN 105089)
KATHRYN C. CURRY (SBN 157099)
ROPERS, MAJESKI, KOHN & BENTLEY
1001 Marshall Street
Redwood City, CA 94063
Telephone: (650) 364-8200
Facsimile: (650) 780-1701
pcogan@ropers.com
kcurry@ropers.com

Attorneys for Defendant
LIBERTY MUTUAL INSURANCE COMPANY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO

| | |
|---|---|
| CITY AND COUNTY OF SAN FRANCISCO, a municipal corporation; PEOPLE OF THE STATE OF CALIFORNIA, BY AND THROUGH DENNIS J. HERRERA, CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO, <br><br> Plaintiffs, <br><br> v. <br><br> LIBERTY MUTUAL INSURANCE COMPANY, a corporation, MARSH AND MCLENNAN, INC., a corporation, ALCATEL TRANSPORT AUTOMATION (U.S.), INC. a Pennsylvania Corporation, and DOES 1 THROUGH 25 <br><br> Defendants. | CASE NO. C 05-05429 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL OF ACTION WITH PREJUDICE** |

IT IS HEREBY STIPULATED by and between plaintiff CITY AND COUNTY OF SAN FRANCISCO and THE PEOPLE OF THE STATE OF CALIFORNIA BY AND THROUGH DENNIS J. HERRERA, CITY ATTORNEY FOR THE CITY AND COUNTY OF SAN FRANCISCO and defendants LIBERTY MUTUAL INSURANCE COMPANY, MARSH AND MCLENNAN, INC., ALCATEL TRANSPORT AUTOMATION (U.S.), INC. through their

1  respective counsel of record herein, that the above-captioned matter be dismissed with prejudice
2  as to all defendants. Each party shall bear its own fees and costs.
3       IT IS SO STIPULATED.
4  Dated: ~~June~~ JULY 21, 2006

DENNIS J. HERRA
City Attorney
JOANNE HOEPER
Chief Trial attorney
MARK D. LIPTON
Deputy City Attorney

By: /s/ Mark D. Lipton
        MARK D. LIPTON

Attorneys for Plaintiffs
CITY & COUNTY OF SAN FRANCISCO
and PEOPLE OF THE STATE OF
CALIFORNIA, BY AND THROUGH
DENNIS J. HERRERA, CITY
ATTORNEY FOR THE CITY AND
COUNTY OF SAN FRANCISCO

Dated: June ___, 2006

MCKENNA LONG & ALDRIDGE, LLP

By:_____
    CAMILLE K. FONG
    DEBORAH L. COTE
    Attorneys for Defendant
    ALCATEL TRANSPORT
    AUTOMATION (U.S.), INC

Dated: June ___, 2006

LUCE, FORWARD, HAMILTON &
SCRIPPS LLP

By:_____
    DENIS F. SHANAGHER
    Attorneys for Defendant
    MARSH AND MCLENNAN, INC.

respective counsel of record herein, that the above-captioned matter be dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

IT IS SO STIPULATED.

Dated: June ___, 2006

DENNIS J. HERRA
City Attorney
JOANNE HOEPER
Chief Trial attorney
MARK D. LIPTON
Deputy City Attorney

By:_____
MARK D. LIPTON

Attorneys for Plaintiffs
CITY & COUNTY OF SAN FRANCISCO
and PEOPLE OF THE STATE OF
CALIFORNIA, BY AND THROUGH
DENNIS J. HERRERA, CITY
ATTORNEY FOR THE CITY AND
COUNTY OF SAN FRANCISCO

Dated: June 23, 2006

MCKENNA LONG & ALDRIDGE, LLP

By:_____
CAMILLE K. FONG
DEBORAH L. COTE
Attorneys for Defendant
ALCATEL TRANSPORT
AUTOMATION (U.S.), INC

Dated: June ___, 2006

LUCE, FORWARD, HAMILTON &
SCRIPPS LLP

By:_____
DENIS F. SHANAGHER
Attorneys for Defendant
MARSH AND MCLENNAN, INC

Ropers Majeski Kohn & Bentley
A Professional Corporation
Redwood City

RC1/405953 1/KCC

- 2 -

STIPULATION AND ~~PROPOSED~~ ORDER OF
DISMISSAL – CASE NO C 05-05429 JSW

1  respective counsel of record herein, that the above-captioned matter be dismissed with prejudice
2  as to all defendants. Each party shall bear its own fees and costs.
3      IT IS SO STIPULATED.

4  Dated: June ___, 2006                    DENNIS J. HERRA
                                             City Attorney
5                                            JOANNE HOEPER
                                             Chief Trial attorney
6                                            MARK D. LIPTON
                                             Deputy City Attorney
7

8                                            By:_____
                                                 MARK D. LIPTON
9
                                             Attorneys for Plaintiffs
10                                           CITY & COUNTY OF SAN FRANCISCO
                                             and PEOPLE OF THE STATE OF
11                                           CALIFORNIA, BY AND THROUGH
                                             DENNIS J. HERRERA, CITY
12                                           ATTORNEY FOR THE CITY AND
                                             COUNTY OF SAN FRANCISCO
13

14
15  Dated: June ___, 2006                    MCKENNA LONG & ALDRIDGE, LLP

16

17                                           By:_____
                                                 CAMILLE K. FONG
18                                               DEBORAH L. COTE
                                             Attorneys for Defendant
19                                           ALCATEL TRANSPORT
                                             AUTOMATION (U.S.), INC
20

21  Dated: June 27, 2006                     LUCE, FORWARD, HAMILTON &
                                             SCRIPPS LLP
22

23
                                             By:_____
24                                               DENIS F. SHANAGHER
                                             Attorneys for Defendant
25                                           MARSH AND MCLENNAN, INC.

26
27
28

RC1/405953 1/KCC            - 2 -    STIPULATION AND ~~PROPOSED~~ ORDER OF
                                     DISMISSAL - CASE NO C 05-05429 JSW

*Ropers Majeski Kohn & Bentley*
*A Professional Corporation*
*Redwood City*

Dated: August 7, 2006                                ROPERS, MAJESKI, KOHN & BENTLEY

By: /s/ Kathryn C. Curry
PAMELA E. COGAN
KATHRYN C. CURRY
Attorneys for Defendant
LIBERTY MUTUAL INSURANCE COMPANY

## ORDER

IT IS HEREBY ORDERED that this action is dismissed with prejudice as to all defendants. Each party shall bear its own fees and costs.

Dated: August 7, 2006

_____
Honorable Jeffrey S. White
UNITED STATES DISTRICT COURT JUDGE